IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS GARCIA,<br>a/k/a PAUL CARLOS GARCIA,<br>a/k/a MICHAEL VEGA,<br>a/k/a THOMAS PUENTE,<br><br>Defendant. | 8:25CR121<br><br>INDICTMENT<br>8 U.S.C. §§ 1326(a) & (b)(1) |

The Grand Jury charges that

## COUNT I

On or about May 21, 2025, in the District of Nebraska, the defendant, JUAN CARLOS GARCIA, a/k/a PAUL CARLOS GARCIA a/k/a MICHAEL VEGA a/k/a THOMAS PUENTE, an alien, who previously had been excluded, deported, and removed from the United States to Mexico and Guatemala, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, JUAN CARLOS GARCIA, a/k/a PAUL CARLOS GARCIA a/k/a MICHAEL VEGA a/k/a THOMAS PUENTE, was excluded, deported, and removed from the United States subsequent to April 24, 2014.

In violation of Title 8, United States Code, Section 1326(a), and subject to sentencing under Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
(for) KATHRYN A. PFLUG, #27650
Assistant U.S. Attorney