IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| JUAN CARLOS GARCIA, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

Yvonne Sosa hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 10th day of June, 2025.

        Respectfully submitted,

        Juan Carlos Garcia, Defendant,

    By /s/ Yvonne Sosa
        Yvonne Sosa
        Attorney for Defendant
        222 South 15th Street, #300N
        Omaha, NE 68102
        Telephone: (402) 221-7896
        Fax: (402) 221-7884
        E-Mail: yvonne_sosa@fd.org